UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**IRIS HERNANDEZ,**

        **Plaintiff,**

**v.**                                                                     **Case No.  6:22-cv-936-CEM-LHP**

**MAGICAL CRUISE COMPANY,
LIMITED,**

        **Defendant.**

_____/

## ORDER

THIS CAUSE is before the Court on the Joint Stipulation for Dismissal With

Prejudice (Doc. 31). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the

Clerk of Court is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on September 25, 2023.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record